**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PRO IMAGE INSTALLERS, INC.,

    Plaintiff,

vs.                                     CASE NO.: 3:08cv273/MCR/MD

BARBARA R. DILLON, et al.,

    Defendants.
_____/

**O R D E R**

    The Court has received notification that Defendant, Barbara Dillon, is now proceeding pro se in this case. Therefore, pursuant to district policy and administrative order, this case is referred to the magistrate judge to conduct all further pre trial proceedings as are necessary and to enter a report and recommendation on the disposition of the matter as appropriate. Any deadlines, hearings, or trials currently set in the case may be cancelled or continued as part of that review process.[1]

    **DONE and ORDERED** on this 10th day of February, 2009.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
                                        UNITED STATES DISTRICT JUDGE**

---

[1] The court stayed all proceedings and tolled the discovery period until a ruling was issued on pending motions. *See* doc. 64. The stay was not lifted following the court's January 15, 2009, ruling as the court was aware of the potential pro se appearance in this case.