# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

PRO IMAGE INSTALLERS, INC.

     vs                              Case No.   3:08cv273 MCR/MD

BARBARA R. DILLON, ET AL

_____

## ORDER

**BARBARA R. DILLON'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT and MOTION TO PRECLUDE THE APPLICATION OF FLORIDA LAW TO PLAINTIFF'S CLAIMS AND MEMORANDUM OF LAW received on 2/19/09**, was referred to the undersigned with the following deficiencies:

> Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. It may be resubmitted after the above noted deficiencies are corrected.

DONE and ORDERED this 23rd day of February, 2009.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE