IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PRO IMAGE INSTALLERS, INC.,**
    Plaintiff,

vs.                                                       CASE NO.: 3:08cv273/MCR/MD

**BARBARA R. DILLON, et al.,**
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 28, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Defendant's Dillon's Motion to Dismiss Count II of Plaintiff's complaint and Motion to Preclude Application of Florida law to plaintiff's claims (doc. 112) is DENIED.

    DONE AND ORDERED this 28th day of May, 2009.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**