IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PRO IMAGE INSTALLERS, INC.,**
    Plaintiff,

vs.                                CASE NO.: 3:08cv273/MCR/MD

**BARBARA R. DILLON, DAVE OSBORNE
CONSTRUCTION CONTRACTING, INC.,
NATIONWIDE FIXTURE INSTALLATIONS, INC.,
SOUTHWEST FIXTURE INSTALLERS, INC.,
AMERICAN INSTALLATION COMPANIES, L.L.C.,
DAVID T. OSBORNE, DYNAMIC RESOURCES INC.,
and EVAN GINIGER**
    Defendants.

_____

## REPORT AND RECOMMENDATION

This case is before the court on the Notice of Settlement and Stipulation to Dismiss re: Dynamic and Giniger (doc. 162). The plaintiff and defendants Dynamic Resources Inc. and Evan Giniger indicate that they have settled the claims and counter-claims asserted between them, and they seek dismissal with prejudice of Counts V, VII and IX of the Second Amended Complaint as to these defendants only, with each party to bear its own attorneys' fees and costs.

Accordingly it is respectfully RECOMMENDED:

Defendant Evan Giniger's Motion to Dismiss Counts V, VII and IX of the Second Amended Verified Complaint of Plaintiff Pro Image Installers, Inc. Under Local Rule 7.1 and Fed.R.Civ.P. 12(b)(2) (doc. 107) be DENIED as MOOT.

That in accordance with the parties' notice of settlement (doc. 162), Counts V, VII and IX of the second amended complaint be dismissed with prejudice as to

defendants Evan Giniger and Dynamic Resources, Inc. only, with each side to bear its own costs and attorneys' fees.

At Pensacola, Florida this 18th day of August, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten (10) days after being served a copy hereof. *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.* A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).