# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PRO IMAGE INSTALLERS, INC.

    VS                                                      CASE NO. 3:08cv273 MCR/MD

BARBARA R. DILLON, ET AL

## REFERRAL AND ORDER

Referred to Judge Rodgers on 02/19/2010
Type of Motion/Pleading JOINT MOTION TO VACATE DISMISSAL AND FOR ENTRY OF CONSENT JUDGMENT
Filed by: Plaintiff and Defendant Dillon on 2/18/10 Doc. No. 176
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                            on            Doc. No.
                            on            Doc. No.
                            WILLIAM M. McCOOL, CLERK OF COURT

                            /s/ Lynn C. Uhl
                            Deputy Clerk: Lynn Uhl

## ORDER

Upon consideration of the foregoing, it is ORDERED this 22nd day of February, 2010, that:

The requested relief is GRANTED. The clerk shall enter judgment in favor of plaintiff and against defendant Dillon consistent with the parties' Mediation Settlement Agreement.

                                           s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.